# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2020

157939 & (70)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SPECTRUM HEALTH HOSPITALS,
      Plaintiff-Appellant,

v

WOLVERINE MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee.

SC: 157939
COA: 336479
Kent CC: 13-008187-NF

_____/

      By order of December 4, 2018, the application for leave to appeal the March 27, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *W A Foote Mem Hosp v Mich Assigned Claims Plan* (Docket No. 156622). On order of the Court, the case having been decided on October 25, 2019, 504 Mich 985 (2019), the application is again considered and, it appearing to this Court that the cases of *Pearce v Eaton Co Rd Comm* (Docket No. 158069) and *Brugger v Midland Co Bd of Rd Comm'rs* (Docket No. 158304) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases. The motion to release hold on proceedings is DENIED.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2020

Clerk

a0505